## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: F.E.V., A MINOR | : | No. 867 MAL 2017 |
| | : | |
| | : | |
| PETITION OF: K.V., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: A.E.W.B., JR., A MINOR | : | No. 868 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: K.V., MOTHER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.